IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-HC-2187-FL

| | |
|---|---|
| JASPER DEONTA GOODMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| RAPHAEL RAMOS and COLLETTE S. PETERS, | ) |
| | ) |
| Respondents. | ) |

This matter is before the court on petitioner's notice of withdrawal of the instant petition. (DE 4). The court GRANTS the motion and DISMISSES this action without prejudice. See Fed. R. Civ. P. 41(a)(1). The clerk is DIRECTED to administratively close the case.

SO ORDERED, this the 30th day of January, 2023.

LOUISE W. FLANAGAN
United States District Judge